AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 1:15CR2 |
| SAUL PACHECO MEJIA | ) |
| *Defendant* | ) |

FILED
OCT -7 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SAUL PACHECO MEJIA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 846;
Use of Firearm, in violation of 18 U.S.C. § 924(c)(1)(a);
Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a);
Use of a Firearm During Drug Trafficking Crime Causing Death, in violation of 18 U.S.C. §§ 924(c)(1)(A) & (j)

Date: 1/8/15

*Issuing officer's signature*

City and state: Alexandria, Virginia

Kathy Roberts - Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/7/19, and the person was arrested on *(date)* 10/7/19
at *(city and state)* Fairfax, Virginia

Date: 10/7/19

*Arresting officer's signature*

Stephen Needels Detective FCPD
*Printed name and title*