IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:15-CR-2 |
| | ) | |
| SAUL PACHECO MEJIA, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE REGARDING STATUS OF DECISION ON CAPITAL PUNISHMENT</u>**

The United States of America, by and through G. Zachary Terwilliger, United States Attorney, and Michael P. Ben'Ary, Assistant United States Attorney, pursuant to the Court's Order, respectfully files this Notice regarding the status of the Attorney General's decision on capital punishment in this case.

The Attorney General has authorized and directed the United States Attorney not to seek the death penalty against the defendant in this case. The undersigned previously provided notice to counsel for the defendant of this determination.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Michael P. Ben'Ary
Assistant United States Attorney
United States Attorney's Office
Alexandria, Virginia 22314
Phone: (703) 299-3700

## CERTIFICATE OF SERVICE

      I certify that on <u>August 25, 2020,</u> I filed electronically the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all counsel.

                                                                    /s/
                                              Michael P. Ben'Ary
                                              Assistant United States Attorney