In the Matter of:

USA
v.
Saul Pacheco Mejia

Hearing

October 18, 2019



Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF VIRGINIA

 3                   (Alexandria Division)

 4

 5  UNITED STATES OF AMERICA,        )

 6        vs.                        ) Case No.: 1:15cr2

 7  SAUL PACHECO MEJIA,              )

 8        Defendant.                 )

 9

10

11

12

13         The above-entitled matter came on for

14  arraignment on Friday, October 18, 2019, commencing

15  at 11:03 a.m. at 401 Courthouse Square, Courtroom

16  601, Alexandria, Virginia.

17

18

19  BEFORE:

20          THE HONORABLE ROSSIE D. ALSTON, JR.

21

22          *        *        *        *        *
```

```
 1              A P P E A R A N C E S:

 2

 3   ON BEHALF OF THE GOVERNMENT:

 4           MICHAEL BEN'ARY, ESQUIRE

 5           United States Attorney's Office

 6           2100 Jamieson Avenue

 7           Alexandria, Virginia 22314

 8           (703) 299-3700

 9

10   ON BEHALF OF THE DEFENDANT:

11           FRANK SALVATO, ESQUIRE

12           Law Offices of Frank Salvato

13           1203 Duke Street

14           Alexandria, Virginia 22314

15           (703) 548-5000

16

17           EMILY BECKMAN, ESQUIRE

18           King Campbell Poretz

19           108 North Alfred Street

20           Alexandria, Virginia 22314

21           (703) 683-7070

22   (Appearances continued on the next page.)
```

```
 1   APPEARANCES (Continued):

 2


 3   ALSO PRESENT:

 4          EVA DESROSIERS, Interpreter

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

```
 1              P R O C E E D I N G S
 2                  -  -  -  -  -
 3          THE CLERK:  Criminal Case No. 1:15cr2,
 4   United States of America versus Saul Pacheco Mejia.
 5          MR. SALVATO:  Your Honor, nice to see you.
 6   Frank Salvato with Emily Beckman for Saul Pacheco
 7   Mejia.  Ms. Desrosiers is also here to translate.
 8          (The interpreter was sworn.)
 9          THE INTERPRETER:  For the record, my name
10   is Eva Desrosiers.  I'm a federally certified
11   translator.
12          THE COURT:  Thank you, ma'am.  Thank you
13   for being here this morning.
14          MR. BEN'ARY:  Good morning, Your Honor.
15   Michael Ben'Ary on behalf of the United States.
16          THE COURT:  Yes, sir.
17          MR. SALVATO:  Your Honor, this comes on
18   for arraignment.  We have received a copy of the
19   indictment.  We reviewed it with our client, enter a
20   plea of not guilty, and request a jury trial.
21          Your Honor, because of the nature of the
22   case and the complexity of the case, the
```

1  Government's going to make a decision on
2  certification in this case or not.  I think both
3  parties are looking for a status date at this point
4  in either February or March or whatever would be
5  available to the Court.
6           THE COURT:  Mr. Ben'Ary, when do you
7  expect the Government to make a determination about
8  the certification issue?
9           MR. BEN'ARY:  Your Honor, as I'm sure you
10 know, it's a long process that requires a decision
11 by the Attorney General.  He's the only one that can
12 make the decision.
13          I've been consulting with our district's
14 capital case coordinator, and he indicated if the
15 Court was amenable to setting a status about four
16 months out, that there's no reason a decision
17 couldn't be made and us to be able to set a trial
18 date at that time.
19          THE COURT:  All right. Counsel, obviously
20 with that issue, we have some speedy trial issues.
21 Do we have any speedy trial implications that need
22 to be decided on?

```
 1            MR. SALVATO:  No, Your Honor.  We've
 2   actually spoken to our client this morning.  We've
 3   informed him that normally there would be a 70-day
 4   speedy trial right that he would have.  Given the
 5   complexity of the case -- and I believe there's some
 6   Fourth Circuit case law directly on point -- and
 7   also how we need to prepare, we've spoken with the
 8   client.  He's agreeable to set it outside the speedy
 9   trial and set it for a status.
10            THE COURT:  Do you have a speedy trial
11   waiver form?
12            MR. SALVATO:  We do not, Your Honor.
13            THE COURT:  Go ahead and execute that.
14            MR. BEN'ARY:  Your Honor, may it please
15   the Court.  I would suggest that 18 United States
16   Code 3161(h)(7)(B)(ii) provides a basis for
17   declaring a case complex and going outside of the
18   normal 70-day clock and also 3161(h)(7)(B)(i), the
19   ends of justice exception, would apply in this case.
20            THE COURT:  I always like to have the
21   speedy trial waiver's executed because I don't know
22   how that law's going to be interpreted down the road
```

1   and I want to make sure I take care of my cases, but
2   I appreciate you letting me know the evidence.
3           Sir, your counsel's presented to me a
4   waiver of speedy trial.  Your lawyer has indicated
5   that it is your desire to waive speedy trial with
6   regard to these issues because of circumstances that
7   need to be taken care of in advance of your trial.
8   After going over that form with your counsel, if you
9   agree to a speedy trial, please sign it, and we'll
10  submit it back to the Court.
11          MR. SALVATO:  And, Your Honor, while
12  that's being translated, I will get in touch with
13  Larry Dash, the budgeting coordinator on the Fourth
14  Circuit.  I've been down this road before.  I'll
15  speak with him at the beginning.  We'll be getting
16  paperwork to you soon.
17          THE COURT:  Yes, sir.  Yes, I've spoken
18  with Mr. Dash, not specifically about this case, but
19  I understand the process that we go through.
20  Obviously, I'm sensitive to the outcome in a case as
21  sensitive as this.
22          MR. SALVATO:  Thank you, Your Honor.  I've

```
 1   been through that with Mr. Dash several times, so we
 2   should be smooth sailing.
 3              THE COURT:  Yes, sir.
 4              MR. SALVATO:  Should be.
 5              THE COURT:  In the Court's presence, Mr.
 6   Mejia has endorsed a waiver of speedy trial.  It's
 7   being presented to the Court now.  It's been
 8   endorsed by one of his counsel and has been
 9   presented to the deputy clerk.  Let's go ahead and
10   set status.  I think that's the best thing to do at
11   this point.  What would you suggest?
12              MR. SALVATO:  Maybe February 21st, Your
13   Honor, which would be a Friday, or the 28th.
14              THE COURT:  Let's go with the 21st.
15              MR. SALVATO:  21st.  Yes, sir.
16              THE COURT:  And that will be at eleven
17   o'clock.  You may not know this, but in
18   accommodation to the other District Court judges,
19   I'm trying to do most of my criminal docket at
20   eleven o'clock as opposed to nine o'clock.
21              MR. SALVATO:  Your Honor, the Government's
22   also provided us a discovery order this morning.
```

```
 1   We'll take a look at that.  I don't anticipate any
 2   problems.  We'll probably get that filed next week.
 3   I'll just -- let me review it --
 4              THE COURT:  You can submit that -- you can
 5   submit that through chambers and we will take care
 6   of that.
 7              Mr. Mejia, have you had any difficulty
 8   understanding the interpreter that's been provided
 9   to you by the Court?
10              THE DEFENDANT:  No.  I can understand her
11   well.
12              THE COURT:  Do you have any questions for
13   the Court?
14              THE DEFENDANT:  No.  But I hope for a
15   positive response.
16              THE COURT:  Yes, sir.  All right.  So
17   obligations you have at this point is to make sure
18   that you cooperate with your counsel.  Do the best
19   you can as far as helping them prepare for your
20   trial.  In the meantime, we're going to remand you
21   to the custody of the United States marshal.  Thank
22   you, sir.
```

1          MR. SALVATO:  Thank you, Your Honor.  We
2  appreciate the interruption in your case.
3          THE COURT:  No problem.
4          (Whereupon, the proceedings at 11:09 a.m.
5  were concluded.)

1      CERTIFICATE OF REPORTER

2

3          I, Janice A. Salas, do hereby certify that

4   the foregoing proceedings were taken by me in

5   stenotype and thereafter reduced to typewriting

6   under my supervision; that I am neither counsel for,

7   related to, nor employed by any of the parties to

8   the action in which these proceedings were taken;

9   and further, that I am not a relative or employee of

10  any attorney or counsel employed by the parties

11  hereto, nor financially or otherwise interested in

12  the outcome of the action.

13

14

15

16

17

18

19                    _____

20                    JANICE A. SALAS

21                    Court Reporter

22